UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MEAGHAN BACA, *et al.*,<br><br>Defendants. | No. 26-mc-46 (EGS-MAU) |

**ORDER**

On April 23, 2026, the Court referred the case to Magistrate Judge Upadhyaya for Full Case Management. Magistrate Judge Upadhyaya issued a Report and Recommendation on July 31, 2026. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Upadhyaya contained in the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that Defendant Meaghan Baca's Motion to Compel Compliance with Subpoena, ECF No. 1, is **GRANTED**; and it is further

**ORDERED** that non-party U.S. Immigration and Customs Enforcement shall produce the information Ms. Baca seeks subject to the condition that the parties will use it only for

purposes of the underlying litigation and, if necessary, seek to file it under seal in the relevant court.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**September 4, 2026**